# NO. 15-1675

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### RIPARIUS VENTURES LLC,

**Appellant**

v.

### CISCO SYSTEMS, INC., SKYPE TECHNOLOGIES SA,
### RTX TELECOM A/S,

**Appellees**

---

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

**From the U.S. Patent and Trademark Office,
Reexamination Nos. 95/000,503, 95/001,165
Before John A. Jeffery, Kevin F. Turner, and Stanley M. Weinberg,
Administrative Patent Judges.**

---

David L. McCombs
Debra J. McComas
Theodore M. Foster
**Haynes and Boone, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone: 214.651.5375
Facsimile: 214.200.0525
David.McCombs@haynesboone.com
Debbie.McComas@haynesboone.com
Theo.Foster@haynesboone.com

**Attorneys For Appellee
Cisco Systems, Inc.**

Bradley C. Wright
Jason S. Shull
**Banner & Witcoff, Ltd.**
1100 13th St. NW, Suite 1200
Washington, DC 20005
Telephone: 202-824-3160
Facsimile: 202-824-3001
bwright@bannerwitcoff.com
jshull@bannerwitcoff.com

**Attorneys For Appellees
RTX Telecom A/S &
Skype Technologies SA**

Appellees Cisco Systems, Inc., RTX Telecom A/S, and Skype Technologies SA (collectively, "Appellees") file this Unopposed Motion for Extension of Time to File Appellees' Brief pursuant to Federal Circuit Rule 26 for the reasons set forth below.  Appellees seek an extension of fourteen (14) days, to and including October 15, 2015, within which to file their Appellees' Brief.

1.  Appellees' Brief is currently due on October 1, 2015.

2.  Appellees have not previously sought an extension of time to file their brief.

3.  An extension of time will ensure reasonable time is available for adequate preparation of the brief.  This additional time is needed for the following reasons:

    a.  Appellees are planning to file a joint Appellees' Brief to ensure the most efficient use of judicial and litigant resources.  Coordinating such a joint brief among three Appellees (with two of them headquartered in Europe) and two law firms requires additional time.

    b.  Appellees are simultaneously preparing their Appellees' Brief in a companion case before the Court, Case No. 15-1757, where the Appellant Riparius Ventures LLC has raised different issues.  The Appellees' Brief in Case No. 15-1757 is currently due on October

1, 2015 (the same day as this case).  Appellees are filing a similar motion for extension of time in Case No. 15-1757.

4.    The extension is sought so that justice may be done and is not for the purpose of delay.

5.    Counsel for Appellants does not oppose this motion.

## CONCLUSION AND PRAYER FOR RELIEF

Accordingly, Appellees respectfully request that the Court grant them a fourteen (14) day extension of time to file their Appellees' Brief until October 15, 2015, and order any other relief to which they are justly entitled.

Dated: September 18, 2015          Respectfully submitted,

/s/ David L. McCombs

David L. McCombs
Debra Janece McComas
Theodore M. Foster
**Haynes and Boone, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940
*David.McCombs@haynesboone.com*
*Debbie.McComas@haynesboone.com*
*Theo.Foster@haynesboone.com*

Bradley C. Wright
Jason S. Shull
**Banner & Witcoff, Ltd**.
1100 13th St. NW, Suite 1200
Washington, DC 20005
Telephone: 202-824-3000
Facsimile: 202-824-3001
*bwright@bannerwitcoff.com*
*jshull@bannerwitcoff.com*

***Attorneys for Appellees***

## CERTIFICATE OF CONFERENCE

The undersigned Counsel for Cisco Systems, Inc. conferred with Counsel for Appellant on September 17, 2015, regarding this Motion. Counsel for Appellant stated that Appellant does not oppose the relief requested herein.

*/s/ Theodore M. Foster*
Theodore M. Foster

**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Riparius Ventures, LLC _____ v. Cisco Systems, Inc. _____

No. 15-1675

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Cisco Systems, Inc. _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Cisco Systems, Inc.

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Cisco Systems, Inc. is the top-level parent company.  There are no 10% or more shareholders of its stock.

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

David L. McCombs, Theodore M. Foster, Debra J. McComas; Haynes and Boone, LLP

_____

9/18/2015 _____
Date

/s/ David L. McCombs _____
Signature of counsel

David L. McCombs _____
Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel of Record _____

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Riparius Ventures, LLC _____ v. Cisco Systems, Inc., et al _____

No. 15-1675

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) SKYPE TECHNOLOGIES SA certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

SKYPE TECHNOLOGIES SA
RTX TELECOM A/S

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

SKYPE TECHNOLOGIES SA

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

SPRINGBOARD ACQUISITIONS SARL

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Banner & Witcoff, Ltd. - Jason S. Shull; Bradley C. Wright; Timothy C. Meece; Shawn Gorman

_____

September 18, 2015                         /s/ Jason S. Shull _____
Date                                         Signature of counsel

                                         Jason S. Shull _____
                                         Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel of Record _____

124

**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Riparius Ventures, LLC _____ v. Cisco Systems, Inc., et al _____

No. 15-1675

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

RTX TELECOM A/S _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

RTX TELECOM A/S

SKYPE TECHNOLOGIES SA

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

RTX TELECOM A/S

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

NONE

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Banner & Witcoff, Ltd. - Jason S. Shull; Bradley C. Wright; Timothy C. Meece; Shawn Gorman

_____

September 18, 2015                         /s/ Jason S. Shull _____
         Date                                      Signature of counsel

                                             Jason S. Shull _____
                                             Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel of Record _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | September 18, 2015 |
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| David L. McCombs | | /s/David L. McCombs |

Name of Counsel                          Signature of Counsel

Law Firm | Haynes and Boone, LLP |

Address | 2323 Victory Avenue, Suite 700 |

City, State, ZIP | Dallas, Texas  75219 |

Telephone Number | 214.651.5533 |

FAX Number | 214.200.0853 |

E-mail Address | david.mccombs@haynes boone.com |

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.